688

Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Vail E. Purdy* for petitioner. No appearance for respondent.

No. 488. CHICAGO & EASTERN ILLINOIS RY. Co. *v.* PUBLIC SERVICE COMM'N OF INDIANA. November 6, 1933. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Messrs. Hinkle C. Hays* and *Alonzo C. Owens* for petitioner. *Mr. Isidor Kahn* for respondent.

No. 490. CAROLINA CONTRACTING Co. *v.* STANDARD ACCIDENT INSURANCE Co. Novembe 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Wm. S. Nelson, Edward W. Mullins, C. W. Tillett,* and *C. W. Tillett, Jr.,* for petitioner. *Mr. Douglas McKay* for respondent.

No. 491. RUBSAM CORP. ET AL. *v.* GENERAL MOTORS CORP. ET AL. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fred Gerlach* for petitioners. *Mr. Drury W. Cooper* for respondents.

No. 499. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WARNER. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Joseph M. Hartfield* for respondent.